### STATE v. SILLS.

(Filed 20 October, 1920.)

APPEAL by defendant from *Daniels, J.,* at May Term, 1920, of FRANKLIN.

This is an indictment for seduction. The defendant was convicted, and appealed from the judgment pronounced on the verdict.

*Attorney-General Manning and Assistant Attorney-General Nash for the State.*

*W. M. Person for defendant.*

PER CURIAM. We have examined the record, and are of opinion there is evidence to support each element of the crime charged, although letters of the prosecutrix in evidence tend to discredit her.

No error.